IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02110-RPM-MJW

GENA D. WALKER,

      Plaintiff,

v.

PHILLIPS & COHEN ASSOCIATES, LTD, a New Jersey corporation

      Defendant.

---

ORDER VACATING Fed.R.Civ.P. 16(b) Scheduling / Planning Conference
(Docket No. 11)

THE COURT having reviewed the Motion to Vacate the Fed.R.Civ.P. Rule 16(b) Scheduling / Planning Conference currently set for January 18, 2006 at 9:00 am and being fully advised in the premises, DOES HEREBY ORDER that the Fed.R.Civ.P. Rule 16(b) Scheduling / Planning Conference currently set for January 18, 2006 at 9:00 am is VACATED. The Plaintiff shall file her motion for Default Judgment within 10 Days from the Date of This Order.

BY THE COURT:

January 17, 2006

DATE

~~US DISTRICT JUDGE~~

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE