IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 05-cv-02110-RPM-MJW

GENA D. WALKER,

Plaintiff(s),

v.

PHILLIPS & COHEN ASSOCIATES, LTD.,

Defendant(s).

MINUTE ORDER

     Based upon the Notice of Settlement, filed with the Court on February 17, 2006, it is hereby ORDERED that the Motion Conference set on March 14, 2006, at 3:00 p.m., before Magistrate Judge Watanabe, is VACATED.

     It is FURTHER ORDERED that all motions pending before Magistrate Judge Watanabe (Docket Numbers 8, 15, and 17), which were set for hearing at the motion conference on March 14, 2006, are DENIED as MOOT.

Date:  February 22, 2006