**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 05-cv-02110-RPM-MJW

GENA D. WALKER,

       Plaintiff,

v.

PHILLIPS & COHEN ASSOCIATES, LTD, a New Jersey corporation,

       Defendant.

---

**ORDER DISMISSING CASE WITH PREJUDICE**

---

THE COURT having reviewed the Stipulated Motion to Dismiss with prejudice and being fully advised in the premises, DOES HEREBY ORDER that this case is dismissed with prejudice, each party to pay her or its own attorney fees and costs.

       DATED: March 6, 2006

               BY THE COURT:

               s/Richard P. Matsch

               _____
               SENIOR U.S. DISTRICT JUDGE